IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Texas Association of Business; McLane Company, Inc.; and McLane Beverage Distribution, Inc.;**<br><br>       Plaintiffs,<br><br>   v.<br><br>**Texas Alcoholic Beverage Commission; Sherry Cook, in her official capacity; José Cuevas, Jr., in his official capacity; Steven M. Weinberg, in his official capacity; and Ida Clement Steen, in her official capacity;**<br><br>       Defendants. | Civil Action No. 1:16-cv-789-SS |

### ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to the Court's Scheduling Order (ECF No. 33) and Local Rule CV-88, the parties submit this Alternative Dispute Resolution Report:

**I.   STATUS OF SETTLEMENT NEGOTIATIONS**

The parties have not engaged in any settlement negotiations.

**II.   IDENTITIES OF THE PERSONS RESPONSIBLE FOR SETTLEMENT NEGOTIATIONS FOR EACH PARTY**

The identities of the persons responsible for settlement negotiations for each party are as follows:

1. <u>Plaintiffs</u>: Amanda Montagne Martin, Governmental Affairs Manager, Texas Association of Business (for Plaintiff Texas Association of Business); Eric Hildenbrand, Vice President and General Counsel – Grocery, McLane Company, Inc.

(for Plaintiffs McLane Company, Inc. and McLane Beverage Distribution, Inc.).

2. <u>Defendants</u>: Sherry Cook, Executive Director, Texas Alcoholic Beverage Commission; Emily Helm, General Counsel, Texas Alcoholic Beverage Commission.

## III.  EVALUATION OF WHETHER ALTERNATIVE DISPUTE RESOLUTION IS APPROPRIATE IN THE CASE

<u>Plaintiffs' Position</u>: Plaintiffs expressed their willingness to settle this case at the parties' Rule 26(f) conference and continue to believe that alternative dispute resolution is appropriate for this case. They respectfully suggest that the Court refer the case to mediation. Although Defendants have advised Plaintiffs that Defendants will not and cannot settle cases raising constitutional challenges, resolving this case does not require Defendants to admit that their actions are (or any Texas law is) unconstitutional. For example, Defendants could simply treat McLane in the same manner as they treat current permit holders when it comes to overlapping ownership issues, which would pave the way for McLane to obtain its desired wholesaler permit.

<u>Defendants' Position</u>: Defendants believe that, given the nature of Plaintiffs' constitutional challenges and the relief Plaintiffs' seek (ECF No. 1, p. 24), settlement is highly unlikely and therefore alternative dispute resolution is unnecessary.

Dated: February 6, 2017

Respectfully submitted,

s/Steven Callahan

BRETT CHARHON
  Texas State Bar No. 24040674
  bcharhon@ccrglaw.com
STEVEN CALLAHAN
  Texas State Bar No. 24053122
  scallahan@ccrglaw.com
ANTHONY M. GARZA
  Texas State Bar No. 24050644
  agarza@ccrglaw.com
**CHARHON CALLAHAN ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

JAMES C. HO
  Texas State Bar No. 24052766
  jho@gibsondunn.com
KYLE HAWKINS
  Texas State Bar No. 24094710
  khawkins@gibsondunn.com
BENJAMIN D. WILSON
  Texas State Bar No. 24084105
  bwilson@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Telephone: (214) 698-3100
Telecopier: (214) 571-2900

*Counsel for Plaintiffs Texas Association of Business, McLane Company, Inc. and McLane Beverage Distribution, Inc.*

Respectfully submitted,

KEN PAXTON
  Attorney General of Texas
JEFFREY C. MATEER
  First Assistant Attorney General
BRANTLEY STARR
  Deputy First Assistant Attorney General
JAMES DAVIS
  Deputy Attorney General for Civil Litigation
ANGELA V. COLMENERO
  Chief, General Litigation Division

<u>s/Matthew Bohuslav (w/p SCC)</u>
MARÍA AMELIA CALAF
  Assistant Attorney General
  Texas State Bar No. 24081915
MATTHEW BOHUSLAV
  Assistant Attorney General
  Texas State Bar No. 24069395
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
Telephone: (512) 463-2120
Telecopier: (512) 320-0667
maria.calaf@texasattorneygeneral.gov
matthew.bohuslav@texasattorneygeneral.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically pursuant to Local Rule CV-5(a)(1) on February 6, 2017. Pursuant to Section 15(a) of the Electronic Filing Procedures, the Notice of Electronic Filing generated by the Court's electronic filing system constitutes service of the document on those registered as Filing Users. *See* L.R. CV-5(b)(1).

                                              s/Steven Callahan
                                              STEVEN CALLAHAN